Submitted on petitioner's motion for reconsideration filed October 14, reconsideration allowed; opinion (114 Or App 214, 834 P2d 519) vacated; remanded to Employment Relations Board for reconsideration November 25, 1992

FEDERATION OF OREGON PAROLE
AND PROBATION OFFICERS,
*Respondent,*

*v.*

STATE OF OREGON,
CORRECTIONS DEPARTMENT,
*Petitioner.*

(UP-117-89; CA A69143)

841 P2d 704

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Harrison Latto, Assistant Attorney General, Salem, for motion.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reconsideration allowed; opinion vacated; remanded to Employment Relations Board for reconsideration in the light of *Tualatin Valley Bargaining v. Tigard School Dist.*, 314 Or 274, 840 P2d 657 (1992).